IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-334-12-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEVEN LARUE ROBINSON | ) | |

A hearing pursuant to Fed. R. Crim. P. 11 was conducted on January 22, 2021, before the undersigned by videoconference. Defendant consented to proceed by videoconference from the courtroom at Raleigh, North Carolina while the undersigned presided by videoconference from the courtroom at Elizabeth City, North Carolina.

In accordance with Section 15002(b)(2)(A) of the CARES Act, the Court further finds that for specific reasons the hearing in this case could not be further delayed without serious harm to the interests of justice. Specifically, it served the ends of justice to proceed without defendant being physically present before the undersigned so that further delay in the proceeding could be avoided.

SO ORDERED, this 28th day of January, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE